**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| JAMES D. SCHNELLER, | : | No. 40 EM 2017 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| CLERK OF COURTS OF THE FIRST | : | |
| JUDICIAL DISTRICT OF | : | |
| PENNSYLVANIA; PROTHONOTARY OF | : | |
| THE FIRST JUDICIAL DISTRICT OF | : | |
| PENNSYLVANIA, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

  **AND NOW**, this 22nd day of May, 2017, the Petition for Peremptory Writ of Mandamus and Writ of Prohibition is **DENIED.**